# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **TRACY NEAL ROBINSON**
            Debtor                                        **CHAPTER 11**
                                                               CASE NO. 22-02414-KMS

## AFFIDAVIT OF DEBTOR AS TO
## NON-COMPLIANCE WITH SMALL BUSINESS DOCUMENTS

COMES NOW Tracy Neal Robinson (the "Debtor"), and files this Affidavit on behalf of the Debtor as to Non-Compliance with Small Business Documents, and in support thereof, would respectfully show as follows, to-wit:

1. The Debtor is fully apprised of the facts and circumstances in connection with this Affidavit, and he makes this Affidavit upon his personal knowledge, information and belief.

2. The Debtor herein does not have any balance sheets, statement of operations, cash-flow statements or financial statements and related information that would allow it to fulfill the "small business requirements" of 11 U.S.C. § 1116.

3. A copy of the Debtor's most recent tax return will be filed with the Clerk of the Court.

Further, the Debtor says nothing.

THIS, the _28_ day of November, 2022.

Respectfully submitted,

_/s/ Tracy Neal Robinson_
TRACY NEAL ROBINSON

STATE OF MISSISSIPPI
COUNTY OF ~~Rankin~~ Madison

PERSONALLY appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Tracy Neal Robinson, who after being duly sworn, stated on oath that the above and foregoing matters, statements and allegations are true and correct to the best of his knowledge, information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 28th day of November, 2022.

_/s/ Kathryn Carter_
NOTARY PUBLIC

(SEAL)

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 120626, KATHRYN LAWSON CARTER, Commission Expires June 21, 2025, MADISON COUNTY]