IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     TRACY NEAL ROBINSON                             CHAPTER 11
           Debtor                                                        CASE NO. 22-02414-KMS

**FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF NECESSARY EXPENSES
FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC**

COMES NOW the Law Offices of Craig M. Geno, PLLC (the "Applicant"), and files this its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC*(the "Application"), and in support thereof would show unto the Court the following, to-wit:

1. On November 16, 2022, the Debtor herein filed with this Court its original Voluntary Petition under Chapter 11 of the Bankruptcy Code.

2. An Order **[DK # 41]** authorizing the employment of the Law Offices of Craig M. Geno, PLLC as counsel for the Debtor was entered on December 21, 2022.

3. The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

4. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's

obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

5. This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from September 28, 2022, to and including April 8, 2023, and is for the sum of $19,144.28 ($17,226.25 in fees and $1,918.03 in expenses), less any retainer balance remaining.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein, and authorizing and directing the Debtor to pay said attorneys' fees and expenses. Applicant prays for general relief.

THIS, the 13th day of April, 2023.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: /s/ Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Robinson, Tracy Neal\Fee Apps\CMG\1st\Application.wpd

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

Kimberly D. Strong
Subchapter V Trustee
kstrong@hrkcpa.com

THIS, the 13th day of April, 2023.

_____
Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     TRACY NEAL ROBINSON     CHAPTER 11
             Debtor     CASE NO. 22-02414-KMS

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | TRACY NEAL ROBINSON | CHAPTER 11 |
| | Debtor | CASE NO. 22-02414-KMS |

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 13th day of April, 2023.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2025

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 120626 KATHRYN LAWSON CARTER Commission Expires June 21, 2025 MADISON COUNTY]

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     TRACY NEAL ROBINSON            CHAPTER 11
               Debtor                           CASE NO. 22-02414-KMS

# EXHIBIT "B"

# Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048          Fax:601-427-0050

Tracy Robinson                                                             April 13, 2023
540 SCR 88
Mize, MS-Mississippi
39116 USA

                                                              File #:    322024
**Attention:**                                                Inv #:     347792

RE:   Chapter 11 - SubV

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-28-22 | Assisted CMG with drafting, editing letter to David Callen from Community Bank regarding Tracy Neal Robinson's loan status | 0.30 | 55.50 | CCL |
| Oct-04-22 | Review memos to/from David Callen rejecting offer of settlement | 0.20 | 80.00 | CMG |
| | Dictation of letter to Mr. Robinson regarding requirements for filing bankruptcy | 0.20 | 80.00 | CMG |
| Oct-05-22 | Assisted CMG with drafting and revising letter to Mr. Robinson regarding bank rejection and bankruptcy information | 0.30 | 55.50 | CCL |
| Nov-07-22 | Assist CMG drafting New Client Data Sheet, setting up file | 0.40 | 80.00 | KLC |
| Nov-11-22 | Assist CMG drafting matrix | 0.10 | 20.00 | KLC |
| Nov-14-22 | Review credit counseling certificate, initial papers; Review memo from KLC regarding execution of initial papers to file bankruptcy | 0.20 | 80.00 | CMG |
| | Review memo from KLC regarding forclosure date | 0.10 | 40.00 | CMG |
| | Assist CMG drafting Petition, Matrix, Schedules D, E/F | 0.20 | 40.00 | KLC |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Nov-16-22 | Final review and revision of initial papers to be filed | 0.10 | 40.00 | CMG |
| | Review petition confirmation | 0.10 | 40.00 | CMG |
| | Telephone conference (2) with Mr. Robinson confirming case filing and to provide notice to bank of case filing | 0.20 | 80.00 | CMG |
| Nov-17-22 | Review various deficiency notices | 0.25 | 100.00 | CMG |
| | Review assignment of case administrator | 0.15 | 60.00 | CMG |
| Nov-21-22 | Review memos to/from Chris Steiskal regarding 341 setting | 0.15 | 60.00 | CMG |
| | Review order regarding taxes | 0.20 | 80.00 | CMG |
| | Receipt and review of order re taxes; Calendar deadline to open tax account and notify UST | 0.10 | 20.00 | KLC |
| | Receipt and review of Notice of Deficiency; Calendar deadline to file Schedules, SOFA, Attorney Disclosure Statement | 0.10 | 20.00 | KLC |
| | Receipt and review of Notice of Deficiency; Calendar deadline to file small business documents | 0.10 | 20.00 | KLC |
| | Receipt and review of Notice of Deficiency; Calendar deadline to file List of 20 Largest Unsecured Creditors | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Small Business Documents Affidavit, List of 20 Largest Unsecured Creditors, IDI documents; Draft email to Tracy Robinson re documents due and deadlines to file them | 0.45 | 90.00 | KLC |
| Nov-22-22 | Review memo to client regarding affidavit that needs to be filed | 0.20 | 80.00 | CMG |
| | Review order appointing Trustee | 0.15 | 60.00 | CMG |
| | Review 341 notice | 0.20 | 80.00 | CMG |
| | Receipt and review of Notice of 1188(a) Status Conference; Calendar deadline to file and | 0.15 | 30.00 | KLC |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | serve status report and hearing date to trigger preparation of hearing folder | | | |
| | Receipt and review of Notice of Meeting of Creditors; Calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.20 | 40.00 | KLC |
| Nov-23-22 | Review notice of 11 USC Section 1188(a) Status Conference | 0.20 | 80.00 | CMG |
| | Dictation of Application and Order to Employ the Law Offices of Craig M. Geno | 0.65 | 260.00 | CMG |
| | Review and revise Application and Order to Employ the Law Offices of Craig M. Geno | 0.25 | 100.00 | CMG |
| | Dictation of notice regarding Application to Employ | 0.20 | 80.00 | CMG |
| | Dictation of Certificate of Service regarding Application to Employ | 0.15 | 60.00 | CMG |
| | Dictation of 2016(b) Statement | 0.10 | 40.00 | CMG |
| | Assist CMG drafting Attorney Disclosure Statement, Application to Employ CMG, Notice, Certificate of Service and Order re same | 0.15 | 30.00 | KLC |
| | Organize and supervise mailout of Application to Employ CMG | 0.20 | 40.00 | KLC |
| Nov-26-22 | Review memos to/from Temekia Edwards regarding dates for Initial Debtor Interview | 0.20 | 80.00 | CMG |
| Nov-28-22 | Review memos to/from KLC regarding urgent need to comply with document transmissions and filings | 0.20 | 80.00 | CMG |
| | Review affidavit of lack of business documents | 0.10 | 40.00 | CMG |
| Nov-29-22 | Review tax returns | 0.20 | 80.00 | CMG |
| | Assist CMG redacting 2021 tax return and prepare it for filing | 0.15 | 30.00 | KLC |
| Dec-01-22 | Dictation of motion/order regarding schedules; Review and revise same | 0.55 | 220.00 | CMG |

| Invoice #: | 347792 | Page 4 | | | April 13, 2023 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | Review numerous memos to/from UST, Kim Strong regarding reschedule of IDI | 0.25 | 100.00 | CMG |
| | | Telephone conference wih Mr. Robinson regarding IDI Materials, checking account and creditors meeting | 0.20 | 80.00 | CMG |
| | | Assist CMG drafting Motion to Extend Time to File Schedules, etc. and Order re same | 0.10 | 20.00 | KLC |
| Dec-02-22 | | Review memos to/from Cathryn Leal regarding signatory authority on Mother's banking account, documents needed for initial debtor interview | 0.15 | 60.00 | CMG |
| Dec-03-22 | | Review memo from client; Review draft IDI document | 0.40 | 160.00 | CMG |
| | | Dictation of memo to UST regarding IDI document | 0.15 | 60.00 | CMG |
| | | Dictation of memo to client regarding need to clean up Initial IDI documents | 0.15 | 60.00 | CMG |
| | | Review One Main Financial proof of claim | 0.45 | 180.00 | CMG |
| | | Review memos to/from Mr. Robinson regarding cash flow projection | 0.20 | 80.00 | CMG |
| Dec-05-22 | | Review numerous memos to/from Temekia Edwards, Kim Strong regarding new IDI date | 0.30 | 120.00 | CMG |
| | | Telephone conference with client regarding aborted IDI and reset IDI; need to establish new DIP account | 0.15 | 60.00 | CMG |
| | | Review memos to/from KLC regarding IDI materials and secured claim on vehicle | 0.15 | 60.00 | CMG |
| | | Receipt and review of Order on Motion for Additional Time to File Required Documents; Calendar deadline to file Schedules, SOFA, Statement of Current Monthly Income | 0.10 | 20.00 | KLC |
| | | Receipt and review of letter from UST scheduling IDI; Calendar hearing date and deadline to submit IDI documents to UST to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| Dec-06-22 | | Draft email to Tracy Robinson re upcoming deadlines and documents to be completed | 0.25 | 50.00 | KLC |

| | | | | | |
|---|---|---|---|---|---|
| Dec-07-22 | Review email on schedules/SOFA info regarding preferences and listening/adding secured debt | | 0.20 | 80.00 | CMG |
| | Assist CMG drafting SOFA | | 0.20 | 40.00 | KLC |
| Dec-08-22 | Review memos to/from Katie Carter, Temekia Edwards regarding signature card, depreciation schedule and related issues | | 0.20 | 80.00 | CMG |
| | Review memo to/from client regarding post-petition asset sales and payment of creditor claims | | 0.20 | 80.00 | CMG |
| | Review memo from KLC; Review revised IDI document; Review bank signature card | | 0.35 | 140.00 | CMG |
| | Review and prepare IDI documents for production to UST | | 0.25 | 50.00 | KLC |
| Dec-09-22 | Review memos to/from Mr. Robinson regarding retention of truck, payment of truck, retention of trailer and secured status of trailer | | 0.25 | 100.00 | CMG |
| Dec-12-22 | Telephone conference with Mr. Robinson reminding him of IDI | | 0.10 | 40.00 | CMG |
| | Attended IDI | | 0.40 | 160.00 | CMG |
| | Review memo from UST regarding IDI deficiencies | | 0.20 | 80.00 | CMG |
| | Review IDI submissions and need to follow up with additional documents and related matters | | 0.20 | 80.00 | CMG |
| | Review memos to/from Chris Steiskal, client regarding photo identification and social security number and card | | 0.20 | 80.00 | CMG |
| | Receipt and review of email from Temekia Edwards with UST's office re IDI; Calendar deadline to cure deficiencies and file monthly operating reports | | 0.10 | 20.00 | KLC |
| Dec-13-22 | Review memos to/from KLC regarding finalizing schedules and numerous unanswered questions that need to be responded to promptly by Mr. Robinson | | 0.30 | 120.00 | CMG |
| | Final review and revision of schedules; Review addtional drafts of schedules | | 2.00 | 800.00 | CMG |

|           |                                                                                                              |      |        |     |
|-----------|--------------------------------------------------------------------------------------------------------------|------|--------|-----|
|           | Telephone conference with Mr. Robinson, KLC regarding finalizing schedules                                   | 0.25 | 100.00 | CMG |
|           | Subsequent telephone conference with KLC regarding Mr. Robinson's exemptions                                 | 0.25 | 100.00 | CMG |
|           | Assist CMG drafting and revising Schedules, Statement of CMI                                                 | 0.90 | 180.00 | KLC |
| Dec-14-22 | Assist CMG revising schedules                                                                                | 0.30 | 60.00  | KLC |
| Dec-16-22 | Review memos to/from Chris Steiskal; Review and comment on scheduling order                                  | 0.30 | 120.00 | CMG |
|           | Review deficiency notice                                                                                     | 0.20 | 80.00  | CMG |
| Dec-20-22 | Attended 341                                                                                                 | 0.75 | 300.00 | CMG |
|           | Dictation of notice of amendment to creditors adding creditors to matrix                                     | 0.20 | 80.00  | CMG |
|           | Dictation of Certificate of Service regarding amendments to creditor list                                    | 0.10 | 40.00  | CMG |
|           | Dictation of Verification of Creditor Matrix - Amended                                                       | 0.05 | 20.00  | CMG |
|           | Review minutes from Meeting of Creditors                                                                     | 0.20 | 80.00  | CMG |
|           | Review memo from KLC regarding deficiencies from 341                                                         | 0.15 | 60.00  | CMG |
|           | Receipt and review of Amended Minutes from Meeting of Creditors; Calendar deadline to cure deficiencies      | 0.10 | 20.00  | KLC |
|           | Assist CMG drafting Amended Matrix, Notice of Amendment to Matrix and Certificate of Service re same         | 0.30 | 60.00  | KLC |
| Dec-21-22 | Assist CMG with draft and revision of 1188(c) Status Report                                                  | 0.40 | 74.00  | CCL |
|           | Organize and supervise mailout of Notice of Amendment to Matrix                                              | 0.20 | 40.00  | KLC |
|           | Assist CMG drafting Certificate of Service re 1188(c) Status Report                                          | 0.10 | 20.00  | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-22-22 | Processed mailout of 11 U.S.C 1188c Status Report | 0.20 | 37.00 | CCL |
| Dec-23-22 | Review filed scheduling order | 0.15 | 60.00 | CMG |
| Dec-26-22 | Review extensive memos to/from KLC re values on schedules, deposits of money, tools of the trade or simply tools, mortgage amortization and indebtedness and numerous related matters | 0.75 | 300.00 | CMG |
| Jan-03-23 | Assist CMG drafting Amended SOFA, Amended Schedule A/B | 0.35 | 70.00 | KLC |
| Jan-04-23 | Review memos to/from Chris Steiskal re curing of 341 deficiencies | 0.15 | 60.00 | CMG |
| | Receipt and review of Order Resetting 1188(a) Status Conference; Calendar hearing date deadline to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| | Receipt and review of hearing notice re UST's Objection to SubV Designation; Calendar objection deadline | 0.10 | 20.00 | KLC |
| Jan-05-23 | Assist CMG drafting Amended Schedule C and Notice re same | 0.20 | 40.00 | KLC |
| | Assist CMG reviewing and preparing November 2022 MOR for filing | 0.15 | 30.00 | KLC |
| Jan-06-23 | Organize and supervise mailout of Notice of Amendment to Schedule C | 0.20 | 40.00 | KLC |
| Jan-09-23 | Review notice from Community Bank | 0.10 | 40.00 | CMG |
| Jan-10-23 | Review memos to/from client, KLC regarding timing of payment of various administrative and priority claims | 0.15 | 60.00 | CMG |
| Jan-23-23 | Review monthly operating report; Review memos to/from Mr. Robinson regarding length of time that monthly operating reports would need to be filed and prepared | 0.35 | 140.00 | CMG |
| Jan-27-23 | Assist CMG drafting and revising Amended Attachment V from IDI documents | 0.30 | 60.00 | KLC |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jan-30-23 | Review memos to/from Chris Steiskal regarding continuance of hearing | 0.20 | 80.00 | CMG |
| | Review memos to/from Mr. Robinson regarding continuance of hearing | 0.15 | 60.00 | CMG |
| | Receipt and review of reset hearing notice re UST's Objection to Debtor's SubV Designation; Calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| Feb-02-23 | Review memos to/from Client regarding continuance of hearing as related to plan due date | 0.20 | 80.00 | CMG |
| Feb-07-23 | Assist CMG drafting SubV Plan outline, Certificate of Service re same, Ballot and Ballot Summary | 0.30 | 60.00 | KLC |
| Feb-13-23 | Review file; Review schedules; Review status report and past history | 0.65 | 260.00 | CMG |
| | Dictation of Plan of Reorganization | 1.85 | 740.00 | CMG |
| Feb-14-23 | Review and revision of initial draft of the Plan of Reorganization | 1.00 | 400.00 | CMG |
| | Review and approve monthly operating report | 0.35 | 140.00 | CMG |
| | Assist CMG drafting and revising SubV Plan and prepare exhibits for same | 1.05 | 210.00 | KLC |
| Feb-15-23 | Receipt and review of Order Fixing Time re SubV Plan; Calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.20 | 40.00 | KLC |
| | Receipt and review of Clerk's letter re service of Order Fixing Time re SubV Plan; Calendar deadline to file ballot summary | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Certificate of Service re SubV Plan | 0.10 | 20.00 | KLC |
| Feb-16-23 | Review memos to/from KLC, UST regarding status of closed accounts and DIP account | 0.20 | 80.00 | CMG |
| | Review large proof of claim from Community Bank | 0.65 | 260.00 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review Hearing Notice on Plan | 0.20 | 80.00 | CMG |
| | Review letter from Clerk regarding notice on Plan | 0.15 | 60.00 | CMG |
| | Dictation of Certificate of Service regarding Plan and Hearing Notice | 0.15 | 60.00 | CMG |
| | Review Community Bank Proof of Claim; Search for equipment description in Security Agreement; Review Proof of Claim for perfection of security interest in mobile home | 0.75 | 300.00 | CMG |
| | Organize and supervise mailout of SubV Plan | 0.20 | 40.00 | KLC |
| Feb-26-23 | Review memo from client regarding closing account | 0.15 | 60.00 | CMG |
| Mar-01-23 | Review U.S. Trustee's objection to Subchapter V designation | 1.00 | 400.00 | CMG |
| | Review and study case law on eligibilty to file Subchapter V when the Debtor is not operating a business | 2.00 | 800.00 | CMG |
| | Dictation of initial drafts in response to U.S. Trustee's objection to Subchapter V status | 1.25 | 500.00 | CMG |
| Mar-02-23 | Review and revision of answer and response to objection to Subchapter V status | 1.50 | 600.00 | CMG |
| | Telephone conference with Kim Strong regarding case status | 0.10 | 40.00 | CMG |
| | Assist CMG with drafting and revising analysis of case authority for response pleading | 0.75 | 138.75 | CCL |
| | Assist CMG drafting and revising Answer and Response to UST's Objection to SubV Designation | 1.05 | 210.00 | KLC |
| Mar-08-23 | Telephone conference with Mr. Robinson regarding his testimony for hearing | 0.30 | 120.00 | CMG |
| | Review file and court docket re: 3/9/23 hearing on UST's Objection to SubV Designation; Prepare hearing folder for same | 0.25 | 50.00 | KLC |
| Mar-09-23 | Travel to Hattiesburg, MS | 0.50 | 200.00 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Conference with client; Attended dismissal hearing | 1.25 | 500.00 | CMG |
|  | Travel to Jackson, MS | 0.50 | 200.00 | CMG |
| Mar-10-23 | Review order resetting confirmation hearing | 0.20 | 80.00 | CMG |
|  | Assist CMG with review and revision of itemizations | 0.30 | 55.50 | CCL |
|  | Receipt and review of Order Resetting Hearing re SubV Plan; Calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| Mar-13-23 | Review February 2023 monthly operating report | 0.30 | 120.00 | CMG |
| Mar-14-23 | Update/preparation of document management control (subfiles and pleadings) | 0.90 | 180.00 | KLC |
| Mar-16-23 | Review file; Dictation of application for compensation, notice and COS | 1.35 | 540.00 | CMG |
| Mar-17-23 | Review and revise application and itemizations | 0.40 | 160.00 | CMG |
| Apr-01-23 | Review Community Bank objection to Plan | 0.45 | 180.00 | CMG |
| Apr-06-23 | Review items that need to be sold | 0.20 | 80.00 | CMG |
|  | Dictation of sale motion | 0.75 | 300.00 | CMG |
|  | Dictation of notice on sale motion | 0.20 | 80.00 | CMG |
|  | Dictation of certificate of service for sale motion | 0.15 | 60.00 | CMG |
|  | Review and revision of sale motion, notice and COS | 0.45 | 180.00 | CMG |
|  | Review memos to/from Chris Steiskal re conditions, reservations in final order on sale of tractor | 0.20 | 80.00 | CMG |
| Apr-08-23 | Review memos to/from Michael West (interested purchaser in tractor); Dictation of memo to Mr. Robinson re interested purchaser and instructions to contact | 0.25 | 100.00 | CMG |

| Invoice #: | 347792 | Page | 11 | April 13, 2023 |

|  |  |  |
|---|---|---|
|  | Totals | 49.90  $17,226.25 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Nov-16-22 | Long Distance | 3.00 |
| Nov-18-22 | COURTS/USBC-MS-S | 1,738.00 |
| Nov-23-22 | Photocopies 32 @ $.25/page re mailout | 8.00 |
|  | Postage 3 @ $.57 re mailout | 1.71 |
| Dec-01-22 | Long Distance | 2.00 |
| Dec-12-22 | Long Distance | 2.13 |
| Dec-13-22 | Long Distance | 3.00 |
| Dec-21-22 | Photocopies 36 @ $.25/page re mailout | 9.00 |
|  | Postage 1 @ $.57 re mailout | 0.57 |
|  | Postage 5 @ $.57 re mailout | 2.85 |
| Jan-06-23 | Photocopies 18 @ $.25/page re mailout | 4.50 |
|  | Postage 5 @ $.57 re mailout | 2.85 |
| Jan-20-23 | COURTS/USBC-MS-S | 32.00 |
| Feb-16-23 | Photocopies 95 @ $.25/page re mailout | 23.75 |
|  | Postage 4 @ $1.98 re mailout | 7.92 |
| Mar-08-23 | Long Distance | 3.13 |
| Mar-09-23 | Mileage - 98 Miles @ $.655/mile | 64.19 |
| Mar-23-23 | Meals 03-09-23 Robinson | 3.78 |
| Apr-06-23 | Photocopies 13 @ $.25/page re mailout | 3.25 |
|  | Postage 4 @ $.60 re mailout | 2.40 |
|  | Totals | $1,918.03 |

**Total Fee & Disbursements** $19,144.28

### SUMMARY BY TIMEKEEPER

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Craig M. Geno** | $400.00 | 36.40 | $14,560.00 |
| **Cathryn Leal** | $185.00 | 2.25 | $416.25 |
| **Kathryn L. Carter** | $200.00 | 11.25 | $2,250.00 |

TAX ID Number    45-4013160