IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | TRACY NEAL ROBINSON | CHAPTER 11 |
| | Debtor | CASE NO. 22-02414-KMS |

## MOTION TO EXPEDITE HEARING

COMES NOW Tracy Neal Robinson (the "Debtor"), and files this his *Motion to Expedite Hearing* (the "Motion"), and in support thereof, would respectfully show as follows, to-wit:

1. On April 21, 2023, the Debtor herein filed with this Court its Voluntary Petition (the "Petition") for bankruptcy under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. The Debtor has filed his *Motion for Authority to Sell Real Property Outside the Ordinary Course of Business Free and Clear of Liens, Claims and Interests* (the "Motion to Sell") [DK #118] in this case seeking to sell certain real property owned by the Debtor. The Motion to Sell is incorporated herein by reference.

3. Debtor would respectfully show unto the Court a situation exists that justifies the Court in expediting the processing and procedures with respect to the Motion to Sell, including, but not limited to, setting an expedited hearing date and objection deadline to consider the Motion to Sell, especially since one sale motion has already been filed.

4. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that upon a hearing hereof, this Honorable Court will enter its order granting the Motion and entering an order expediting the objection deadline and hearing date on the Motion to Sell. Debtor prays for general relief.

THIS, the _2nd_ day of September, 2023.

                                                 Respectfully submitted,

                                                 TRACY NEAL ROBINSON

                                                 By His Attorneys,

                                               LAW OFFICES OF CRAIG M. GENO, PLLC

                                               By: _/s/ Craig M. Geno_
                                                      Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Robinson, Tracy Neal\Pleadings\Mot to Expedite Hrg on 2nd Mot to Sell Farm 9-20-23.wpd

## CERTIFICATE OF SERVICE

     I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission and/or U. S. Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Christopher J. Steiskal, Sr., Esq.          Stephen E. Gardner, Esq.
Office of the United States Trustee          steve.gardner@youngwilliams.com
Christopher.j.steiskal@usdoj.gov

Kimberly D. Strong
Subchapter V Trustee
kstrong@hrkcpa.com

THIS, the _20th_ day of September, 2023.

                                                   _/s/ Craig M. Geno_
                                                      Craig M. Geno