_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 21, 2023**

_____

The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | TRACY NEAL ROBINSON | CHAPTER 11 |
| | Debtor | CASE NO. 22-02414-KMS |

### ORDER

THIS CAUSE having come on for consideration of the *Motion to Expedite Hearing* (the "Motion") **[DK #120]** filed herein by Tracy Neal Robinson (the "Debtor"), and the Court having considered the Motion finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Motion to Expedite Hearing* is hereby granted. The Clerk of the Court will issue a notice of hearing consistent with this Order. Counsel for the Debtor is directed to immediately provide a copy of the *Motion for Authority to Sell Real Property Outside the Ordinary Course of Business Free and Clear of Liens, Claims and Interests* **[DK #118]** and the notice of hearing in connection with same to all creditors and parties-in-interest and file an accompanying certificate of service.

## # # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Robinson, Tracy Neal\Pleadings\Order - Mot to Expedite Hrg on 2nd Mot to Sell Farm 9-20-23.wpd