# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON-3 DIVISION

**IN RE: TRACY NEAL ROBINSON**               **CASE NO. 22-02414-KMS**

**DEBTOR(s)**                                **CHAPTER 11**

## APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSES OF THE SUBCHAPTER V TRUSTEE

Comes now Kimberly D. Strong, the duly appointed subchapter V trustee in the above encaptioned cause, and filed this Application for Compensation and Expenses, and in support of same would show unto the Court the following, to-wit:

I

That Kimberly Strong was duly appointed as the subchapter V trustee in the above encaptioned matter on the 21st day of November, 2022. All services for which compensation is requested by the applicant were performed by me as the subchapter V trustee of the estate. This application seeks payment of said services from December 12, 2022, through September 7, 2023.

II

That to date, the subchapter V trustee has expended 8.90 hours representing reasonable trustee's compensation in the amount of $2,142.50, at an hourly rate of $250.00, all as more fully set forth on Exhibit "A" which is attached hereto and incorporated herein by reference.

III

That the subchapter V trustee has not submitted any previous request for compensation in the above captioned case.

WHEREFORE, PREMISES CONSIDERED, applicant requests that after notice and hearing that the Court enter an Order awarding the requested trustee's compensation in the amount of $2,142.50 and authorize the Estate to disburse same to the subchapter V trustee in accordance with the Debtor's Plan of Reorganization Under subchapter V of Chapter 11.

Respectfully submitted,

BY: *Kimberly Strong*
Kimberly Strong, CPA, CFE
1052 Highland Colony Pkwy, Suite 100
Ridgeland, MS 39157
kstrong@hrkcpa.com (601) 605-0722

## CERTIFICATE

I, KIMBERLY DAWN STRONG, subchapter V trustee, do hereby certify that I have this day filed the foregoing via the Court's ECF system which cause a copy of the same to be delivered to all counsel of record.

This day _____17th_____ of October, 2023.

BY: *Kimberly Strong*

Account No:   800000.0015
Statement No:      1

| DATE | DESCRIPTION | HOURS | FEE |
|---|---|---|---|
| 12/12/2022 | Prepare and attend IDI | 0.33 | 82.50 |
| 12/20/2022 | 341 meeting and preparation | 1.32 | 330.00 |
| 1/6/2023 | Attend status conference and preparation | 1.00 | 250.00 |
| 3/2/2023 | Review response to objection | 0.50 | 125.00 |
| 3/9/2023 | Attend hearing on objection | 0.75 | 187.50 |
| 3/9/2023 | Review docket report, objection filed By UST and response | 1.00 | 250.00 |
| 7/5/2023 | Review agreed order | 0.50 | 125.00 |
| 9/5/2023 | Correspondence with UST and debtor counsel on status of confirmation | 0.50 | 125.00 |
| 9/7/2023 | Prepare for confirmation hearing; travel to/from court for virtual hearing (@$125/hr);attend confirmation hearing | 3.00 | 667.5 |
| | | 8.90 | $ 2,142.50 |

RECAPITULATION

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kimberly Strong | 8.90 | $250.00 ($125 for travel time) | $2,142.50 |

Balance Due                                                                                  $2,142.50